IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MACARIO H. ORTEGA MIRANDA,
        Petitioner,

v.                                                          Civil No. 3:25cv769 (DJN)

PAMELA BONDI, *et al.*,
        Respondents.

## ORDER
### (Granting 28 U.S.C. § 2241 Petition)

This matter comes before the Court on Petitioner Macario Ortega Miranda's ("Petitioner"

or "Mr. Ortega Miranda") Amended Petition for a Writ of Habeas Corpus Under 28 U.S.C.

§ 2241 (ECF No. 10 ("Amended Petition" or "Amend. Pet.")). For the reasons set forth in the

accompanying Memorandum Opinion, the Court hereby GRANTS Petitioner's Amended

Petition as to Counts I and II, (ECF No. 10).

The Court hereby ORDERS that:

1.      Respondents shall provide Petitioner with a bond hearing in front of an

Immigration Judge pursuant to 8 U.S.C. § 1226(a). The Immigration Court shall provide

Petitioner with the opportunity for a bond hearing before any hearing on the merits of his

removal, and no later than seven (7) days from the date of entry of this Order.

2.      Respondents are ENJOINED from denying bond to Petitioner on the basis that he

is detained pursuant to 8 U.S.C. § 1225(b)(2).

3.      Respondents are ORDERED to file a status report with this Court within three (3)

days after Petitioner's bond hearing and before any hearing on the merits, stating whether

Petitioner has been granted bond, and, if his request for bond was denied, the reason for that denial.

4.    In the event that Petitioner is released on bond, Respondents are ENJOINED from rearresting Petitioner, unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing or is subject to detention pursuant to a final order of removal.

5.    Should Petitioner be released on bond, Respondents are FURTHER ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2).[1]

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Date: February 3, 2026

---

[1]    Courts in this District have found that "the automatic stay provision imposed in immigration cases constitutes an unequivocal violation of due process." *Hasan v. Crawford*, 800 F. Supp. 3d 641, 661 (E.D. Va. 2025).